### 71794. YELLOCK v. THE STATE.
(345 SE2d 897)

DEEN, Presiding Judge.

Richard Yellock brings this direct appeal from the revocation of his probation. After considering the entire record and all of the briefs filed in this case, we find that this appeal must be dismissed because Yellock did not file an application for a discretionary appeal. An appeal from an order revoking probation is one of the type of cases which must follow this procedure. OCGA § 5-6-35 (5).

*Appeal dismissed. Benham and Beasley, JJ., concur.*

DECIDED MAY 19, 1986 —
REHEARING DENIED MAY 30, 1986 —

*M. V. Booker*, for appellant.
*Harry D. Dixon, Jr., District Attorney, Albert H. Tester, Assistant District Attorney*, for appellee.